dismis.re 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-175-CV

WASTEMASTERS HOLDINGS, INC. 
 APPELLANT

V.

W.T. SKIP LEAKE, AND WIFE KATHY LEAKE APPELLEE
S

----------

FROM THE 67
TH
 
DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered the parties’ “Joint Motion To Dismiss Appeal,” signed by the attorney for each party. It is the court's opinion that the parties’ request for dismissal should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(2)(A), 43.2(f).  

Appellant shall pay all costs of this appeal, for which let execution issue.  
See
 
Tex. R. App. P
. 42.1(d).

PER CURIAM 

PANEL D: HOLMAN, GARDNER, and WALKER, JJ.

DELIVERED: October 14, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.